GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavillion Center Dr., Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (Las Vegas)

| | |
|---|---|
| JOSEPH TRINGALI,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:24-cv-01721-JCM-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 3, 2024 through and including **Jan 2, 2025**.  The request was made by Equifax so that it can have an opportunity to

//

//

//

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this December 3, 2024.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 Pavillion Center Dr,
Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com

***No opposition***

/s/ Amberlea Davis
Amberlea Davis
Lawyer LLC
415 S. 6th St
Ste 300
Las Vegas, NV 89101
702-440-8000
Fax: 702-947-7117
Email: amber@sheismylawyer.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 4, 2024

- 2 -